**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 5 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § § | SA19CR0419 FB |
| VS. | § § § | [Ct. 1: 18 U.S.C. §1709 Theft of Mail be Postal Employee. |
| MARIA CONSUELO CAMACHO, | § § | Ct. 2: 18 U.S.C. §1703 Destruction of Mail] |
| Defendant. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 1709]

From on or about July 11, 2018, to on or about August 7, 2018, in the Western District of Texas, Defendant,

**MARIA CONSUELO CAMACHO,**

a United States Postal Service employee, did embezzle, steal, abstract, and remove approximately 17 letters, postal cards, packages, and other articles and things contained therein which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

In violation of Title 18, United States Code, Section 1709.

### COUNT TWO
### [18 U.S.C. § 1703]

From on or about July 11, 2018 to on or about August 7, 2018, in the Western District of Texas, Defendant,

**MARIA CONSUELO CAMACHO,**

a United States Postal Service employee, did destroy, detain, delay and open approximately 112 letters, postal cards, packages, and other articles and things contained therein which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

In violation of Title 18, United States Code, Section 1703.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
CHARLES L. JENKINS
Assistant United States Attorney