

AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Maria Consuelo Camacho<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. SA-19-CR-419-FB |

**U.S. MARSHALS RECEIVED JUN 05 2019 SAN ANTONIO, TX ENFORCEMENT SECTION**

**FILED JUN 28 2019 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY_____ DEPUTY CLERK**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Maria Consuelo Camacho                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:USC 1709: THEFT OF MAIL MATTER BY A POSTAL SERVICE OFFICER OR EMPLOYEE.
18:USC 1703: DELAY OR DESTRUCTION OF MAIL.

Date:   06/05/2019

_____, Amy Jackson
*Issuing officer's signature*

City and state:   San Antonio, Texas

U.S. Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/05/2019 , and the person was arrested on *(date)* 06/18/2019
at *(city and state)* San Antonio, TX .

Date: 06/18/2019

USPS
*Arresting officer's signature*

J. Johnston, USMS TA
*Printed name and title*